UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. TOLOMEO and SERAFIN CHAVEZ, individually, and as representatives of a Class of Participants and Beneficiaries of the RR Donnelley Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS, INC., et al.<br><br>Defendants. | Case No.: 1:20-cv-7158<br><br>Honorable Mary M. Rowland |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants R. R. Donnelley & Sons Company ("Donnelley"), Donnelley's Board of Directors, and Donnelley's Benefits Committee (collectively, "Defendants"), and Plaintiffs Michael Tolomeo and Serafin Chavez hereby jointly move this Court for a 30-day extension of time for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement. In further support of this motion, the parties state as follows:

1. On October 9, 2023, the parties participated in a full-day mediation with the Hon. Morton Denlow of JAMS. As a result of that mediation, the parties reached an agreement in principle to resolve the case.

2. The parties informed the Court of the settlement in principle through a joint status report filed on October 13, 2023 (Dkt. 90).

3. As a result, the Court stayed the case until November 22, 2023 and required the parties to file their Motion for Preliminary Approval of Class Action Settlement by the same date (Dkt. 91).

4. The parties request an extension of 30 days to December 22, 2023, to file the preliminary approval motion.

5. The parties have been working diligently on all of the motion and settlement papers, including the lengthy Settlement Agreement, but require additional time to complete them. Additionally, Defendants are required to send their CAFA notice to the appropriate parties, including state attorney generals, no later than 10 days after the motion for preliminary approval is filed in court, 28 U.S.C. §1715(b), and Defendants are still working to acquire the data needed to prepare the required notice.

6. The parties have not previously requested an extension of time in connection with filing their Motion for Preliminary Approval of Class Action Settlement, and this request is not being made for any improper purpose or intended to cause undue delay.

7. The parties move jointly for the requested extension of 30 days.

WHEREFORE, the parties respectfully request that this Court grant their Motion for Extension of Time to File Motion for Preliminary Approval of Class Action Settlement to December 22, 2023.

| | |
|---|---|
| Dated: November 17, 2023 | Respectfully submitted, |
| By: /s/ *Paul M. Secunda* <br> Paul M. Secunda <br> James A. Walcheske <br> Walcheske & Luzi, LLC <br> 125 South Wacker Drive, Suite 300 <br> Chicago, Illinois 60606 <br> Telephone: (224) 698-2630 <br> Facsimile: (262) 565-6469 <br> psecunda@walcheskeluzi.com <br> jwalcheske@walcheskeluzi.com <br><br> *Attorneys for Plaintiffs* | By: /s/ *Mark B. Blocker* <br> Mark B. Blocker <br> M. Caroline Wood <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, Illinois 60603 <br> Telephone: (312) 853-7000 <br> Facsimile: (312) 853-7036 <br> mblocker@sidley.com <br> cwood@sidley.com <br><br> *Attorneys for Defendants* |