## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael W Tolomeo, et al.

                    Plaintiff,

v.                                         Case No.: 1:20−cv−07158
                                                      Honorable Mary M. Rowland

R.R. Donnelley & Sons, Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: In court hearing held on Plaintiffs' motion for preliminary approval of class action settlement. For the reasons stated on the record, Plaintiffs' motion [94] is granted. The court approves the proposed Settlement Notice and its distribution method to the Settlement Class, and preliminarily certifies the Settlement Class for settlement purposes; and approves the Plan of Allocation, all of which is attached to the Settlement Agreement. Enter Preliminary Approval Order. Plaintiffs' motion for attorneys' fees is due 4/25/24. Parties' motion for final settlement approval is due 5/9/24. Final approval hearing is set for 5/23/24 at 10:00am. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.