**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL W. TOLOMEO and SERAFIN CHAVEZ, individually, and as representatives of a Class of Participants and Beneficiaries of the RR Donnelley Savings Plan,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>R.R. DONNELLEY & SONS, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:20-cv-7158<br><br>Hon. Mary M. Rowland |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, May 23, 2024, at 10 a.m., in Courtroom 1225 of the Everett M. Dirksen U.S. Courthouse, 219 S. Dearborn St., Chicago, IL 60604, Plaintiffs Michael W. Tolomeo and Serafin Chavez ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 96-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Section 2.5 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representatives (Dkts. 97, 98), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1**.

Defendants do not oppose the motion as parties to the Settlement.

Dated this 9th day of May, 2024

Respectfully submitted,

**WALCHESKE & LUZI, LLC**

*/s/ Paul M. Secunda*
Paul M. Secunda
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
Telephone: (224) 698-2630
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

ATTORNEYS FOR PLAINTIFFS and SETTLEMENT CLASS

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda
