# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael W Tolomeo, et al.

                Plaintiff,

v.

                                         Case No.: 1:20–cv–07158
                                         Honorable Mary M. Rowland

R.R. Donnelley & Sons, Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 23, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Final approval hearing held. For the reasons stated on the record, the court finds the settlement is fair, reasonable, and adequate. Plaintiffs' motion for final approval of class action settlement [114] and Plaintiffs' motion for attorneys' fees and costs, administrative expenses, and a case contribution award [109] are granted. Enter Final Approval Order. The Court awards fees in the amount of $391,666 and litigation costs in the amount of $79,029.43 and settlement administration expenses and costs in the amount $95,000.00. Motion by Mr. Bustamante [113] is denied. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.